IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD R. FLETCHER | § | |
| VS. | § | CIVIL ACTION NO. 1:06cv646 |
| T.C. OUTLAW | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Donald R. Fletcher, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus.  The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.   The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the respondent be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  The respondent's motion to dismiss is **DENIED**.  The respondent shall file an answer addressing the merits of the petition within 30 days of the date set forth below.

So **ORDERED** and **SIGNED** this **23** day of **February, 2007.**

_____
Ron Clark, United States District Judge